UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| BRIAN HORNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15-CV-048 |
| | ) | |
| CAROLYN COLVIN, | ) | |
| Commissioner of the | ) | |
| Social Security Admin., | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

This matter is before the court on the April 13, 2016 report and recommendation filed by Magistrate Judge H. Bruce Guyton [doc. 26]. Magistrate Judge Guyton recommends that plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, [doc. 22] be granted. There have been no timely objections filed to this report and recommendation, and enough time has passed since its filing to treat any objections as having been waived. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the court is in agreement with the magistrate judge's conclusion. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED**, for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that plaintiff's motion for attorney's fees [doc.

22] is **GRANTED** in the amount of Three Thousand Five Hundred Thirteen Dollars and Sixty Cents ($3,513.60).

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge